AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| CHAKRADHAR YARLAGADDA | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHAKRADHAR YARLAGADDA
14744 HARMONY LN,FRISCO,TX,75035-0168
&
95 LEXINGTON AVE APT 4J, NEW YORK CITY, NEW YORK, 10016, UNITED STATES
&
191 HAMILTON ST 205
NEW BRUNSWICK, NJ 08901 - 1806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   04/14/2026      s/Yolanda Pace
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| AMY CHENNAULT | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMY CHENNAULT
3325 Silverstone Drive,
Plano, Texas 75023
&
Texas Health Presbyterian Hospital Plano
6200 W Parker Rd, Plano, TX 75093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____                s/ Yolanda Paez
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE <br><br> _Plaintiff_ <br><br> v. <br> CITY OF CARROLLTON, TEXAS, §et al <br> SHELBY TYLER <br><br> _Defendant_ | ) <br> ) <br> ) <br> )    Civil Action No.   3:25-cv-03137-G-BW <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   SHELBY TYLER
TXFNE North Texas Clinic
Ste 110, Fairway drive
Carrollton, TX 75010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____     _s/Yolanda Pace_
                                            _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al<br>JUVENSIO, VAZQUEZ | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JUVENSIO, VAZQUEZ
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____      /Yolanda Pace

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )    Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| JENNIFER, CACKLER | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    JENNIFER, CACKLER
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____04/14/2026_____     s/ _Yolanda Pace_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| MORIAH, BANDA | ) |
| _____ | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MORIAH, BANDA
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/14/2026_____          s/ *Yolanda Pace*
_____
*Signature of Clerk or*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE<br><br>_____<br>*Plaintiff*<br>v.<br>CITY OF CARROLLTON, TEXAS, §et al<br>CHRISTOPHER ROBB J<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)    Civil Action No.   3:25-cv-03137-G-BW<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHRISTOPHER ROBB J
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: _____04/14/2026_____      s/ Yolanda Pace
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| RONALD MCCRAW L | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.  3:25-cv-03137-G-BW

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  RONALD MCCRAW L
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:       04/14/2026                                    s/Yolanda Pace
                                                    _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| ———————————— | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| GORDON RAINEY T | ) |
| ———————————— | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GORDON RAINEY T
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    04/14/2026    *s/Yolanda Pace*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| PEDRO CAZARES J | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PEDRO CAZARES J
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2026_____          s/Yolanda Pace
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| COODY, TYLER | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  COODY, TYLER
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  _____04/14/2026_____      s/Yolanda Pace
_Signature of Clerk or Deputy_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| ——————————————————— | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| CRUZ, CHRISTAPHER | ) |
| ——————————————————— | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CRUZ, CHRISTAPHER
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____          _s/Yolanda Pace_
                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE <br><br> _____ <br> *Plaintiff* <br> v. <br> CITY OF CARROLLTON, TEXAS, §et al <br> STEBBINS, HUNTER <br> _____ <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.   3:25-cv-03137-G-BW <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STEBBINS, HUNTER
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____                    s/Yolanda Pace
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| BRIGHT, STEFAN | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    BRIGHT, STEFAN
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    04/14/2026 _____    s/ *Yolanda Pace* _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

BIJU MATHEW LUKOSE

*Plaintiff*

v.

CITY OF CARROLLTON, TEXAS, §et al
BARKLEY, HAYDEN

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.   3:25-cv-03137-G-BW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BARKLEY, HAYDEN
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/14/2026_____

s/*Yolanda Pace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

BIJU MATHEW LUKOSE      )
     )
_____ )
*Plaintiff*      )
     )
v.      )  Civil Action No.   3:25-cv-03137-G-BW
CITY OF CARROLLTON, TEXAS, §et al      )
ZANGRI, JORDAN      )
_____ )
*Defendant*      )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZANGRI, JORDAN
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/14/2026_____        s/Yolanda P____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| MARKHAM, AVERY | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARKHAM, AVERY
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____          s/Yolanda Pace_____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| _Plaintiff_ | ) |
| v. | ) |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| MCCALLISTER, BRANDON | ) |
| _____ | ) |
| _Defendant_ | ) |

Civil Action No.   3:25-cv-03137-G-BW

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    MCCALLISTER, BRANDON
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____04/14/2026_____          _s/Yolanda P._
                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

BIJU MATHEW LUKOSE

)
)
)
)
)
)
)
)

*Plaintiff*

v.

CITY OF CARROLLTON, TEXAS, §et al
CROWDER, WESLEY

*Defendant*

Civil Action No.   3:25-cv-03137-G-BW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CROWDER, WESLEY
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   04/14/2026

s/Yolanda Pace
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE<br><br>_____<br>*Plaintiff*<br>v.<br>CITY OF CARROLLTON, TEXAS, §et al<br>GIESEMANN, RICHARD<br>_____<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  3:25-cv-03137-G-BW<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GIESEMANN, RICHARD
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2026_____            s/ Yolanda Pace _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )    Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| KENT, ROGERS | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    KENT, ROGERS
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____04/14/2026_____    _s/Yolanda Pac_
_Signature of Clerk or Deputy_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| CAMPBELL, STEFANI | ) |
| *Defendant* | ) |

Civil Action No.   3:25-cv-03137-G-BW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CAMPBELL, STEFANI
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/14/2026

*s/Yolanda Pace*
*Signature of Clerk or Deputy*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al<br>Lauryl Duncan | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Lauryl Duncan
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    04/14/2026    s/Yolanda Pace
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| CLAYTON, SMITH | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLAYTON, SMITH
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    04/14/2026                          s/Yolanda Pac
                                              *Signature of Clerk or Deputy*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| ANDREW, WITHERS | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ANDREW, WITHERS
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____04/14/2026_____          s/Yolanda Pace _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| MUNOZ, ISAAC | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MUNOZ, ISAAC
Carrollton Police Department
2025 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/42/2026_____         s/Yolanda Pace
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

BIJU MATHEW LUKOSE

_____
*Plaintiff*

v.

CITY OF CARROLLTON, TEXAS, §et al
ADRIANA SELLERS

_____
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.  3:25-cv-03137-G-BW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADRIANA SELLERS
133 N_Riverfront Blvd,
LB 19 Dallas, Texas 75207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____                s/Yolanda Pace
                                               Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| LORI NELSON | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LORI NELSON
Friends of the Family
4845 S I-35 E, Suite 200
Corinth, TX 76210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____          s/ Yolanda Pace
                                       Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE <br><br> _Plaintiff_ <br><br> v. <br> CITY OF CARROLLTON, TEXAS, §et al <br> LYDIA PLUSCHT <br><br> _Defendant_ | ) <br> ) <br> ) <br> )    Civil Action No.   3:25-cv-03137-G-BW <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   LYDIA PLUSCHT
1450 E McKinney Street, Suite 3100
Denton, TX 76209⊠4524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   _____04/14/2026_____          s/ _Yolanda Pace_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )   Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| ASSISTANT DISTRICT ATTORNEY MARQUITA | ) |
| CHERI RUFF Dallas County | ) |
| _Defendant_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ASSISTANT DISTRICT ATTORNEY MARQUITA CHERI RUFF Dallas County
District Attorney's Office
133 N. Riverfront Boulevard
Dallas, TX 75207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2026_____                    _s/Yolanda Pace_
                                               _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| JORDAN BREDEFELD | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JORDAN BREDEFELD
Denton County Criminal District Attorney
1450 E McKinney Street, Suite 3100
Denton, TX 76209⬚4524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____

_s/Yolanda Pace_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE<br><br>_Plaintiff_<br><br>v.<br>CITY OF CARROLLTON, TEXAS, §et al<br>KELSEY THOMPSON<br><br>_Defendant_ | )<br>)<br>)<br>)  Civil Action No.  3:25-cv-03137-G-BW<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   KELSEY THOMPSON
Denton County Criminal District Attorney
1450 E McKinney Street, Suite 3100
Denton, TX 76209⬛4524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____04/14/2026_____          _s/Yolanda Pace_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| HANNAH DUTTON | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HANNAH DUTTON
650 South Mayhill Road
Denton, TX 76208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____                    s/ Yolanda Pace
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE<br><br>_____<br>*Plaintiff*<br>v.<br>CITY OF CARROLLTON, TEXAS, §et al<br>PROTAK LTD<br>_____<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.  3:25-cv-03137-G-BW<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PROTAK LTD
14744 HARMONY LN,
FRISCO,TX,75035-0168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2026_____          *s/Yolanda Pace*
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| ZIVI LABS, INC | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZIVI LABS, INC
14744 HARMONY LN,
FRISCO,TX,75035-0168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/14/2026   _____

s/*Yolanda Pace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )    Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) |
| CITY OF CARROLLTON, TEXAS City Manager | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    CITY OF CARROLLTON, TEXAS City Manager
1945 E. Jackson Road
Carrollton, TX 75006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____      _s/Yolanda Pace_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| DALLAS COUNTY JUDGE CLAY LEWIS JENKINS | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DALLAS COUNTY JUDGE CLAY LEWIS JENKINS
Records Building
500 Elm Street, Suite 7000
Dallas, TX 75202 (Texas Civil Practice & Remedies Code §17.024(a))

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2026_____          __s/Yolanda Pace_____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, §et al | ) | |
| DENTON COUNTY JUDGE ANDY EADS | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENTON COUNTY JUDGE ANDY EADS
Denton County Judge
1 Courthouse Drive
Denton, TX 76208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/14/2026_____          s/Yolanda Pa_____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BIJU MATHEW LUKOSE<br><br>_____<br>*Plaintiff*<br><br>v.<br><br>CITY OF CARROLLTON, TEXAS,<br>DENTON COUNTY FRIENDS OF THE FAMILY,§et al<br>*Defendant* | )<br>)<br>)<br>)<br>)   Civil Action No.   3:25-cv-03137-G-BW<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DENTON COUNTY FRIENDS OF THE FAMILY, INC
Toni L Johnson-Simpson   (Registered Agent)
4845 S I-35 E, Suite 100Corinth,
TX 76210 USA  .

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   _____04/14/2026_____          s/Yolanda Pace
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Texas

| | | |
|---|---|---|
| BIJU MATHEW LUKOSE | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25-cv-03137-G-BW |
| CITY OF CARROLLTON, TEXAS, | ) | |
| USHA ROSELIN RAVI SHANKAR§et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  USHA ROSELIN RAVI SHANKAR
Zivi Labs, IncAddress: 14305 TANDEM BLVD UNIT 358AUSTIN, TX 78728-6556
USA
OR
433 E. Las Colinas Blvd., Suite #1240Irving, TX 75039 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/14/2026_____

s/Yolanda Pa...
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

BIJU MATHEW LUKOSE

)
)
)

*Plaintiff*

v.

CITY OF CARROLLTON, TEXAS, §et al
ALEXIS GRIFFIN

)
)
)
)
)
)

Civil Action No.   3:25-cv-03137-G-BW

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALEXIS GRIFFIN
Denton County Criminal District Attorney
1450 E McKinney Street, Suite 3100
Denton, TX 76209⊠4524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Biju Lukose, M.D., Plaintiff Pro Se
2705 Damsel Bella Blvd
Lewisville, TX 75056
Phone: (979) 358-0435
Email: md@biluke.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2026_____

_____
*Signature of Clerk or Deputy Clerk*